MEYER WILSON CO., LPA
Matthew R. Wilson (SBN 290473)
mwilson@meyerwilson.com
Michael J. Boyle, Jr. (SBN 258560)
mboyle@meyerwilson.com
305 W. Nationwide Blvd.
Columbus, OH 43215
Telephone: (614) 224-6000
Facsimile:  (614) 224-6066

*Attorneys for Plaintiff and the Proposed Class*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, individually and on behalf of others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> NORTHERN CALIFORNIA FERTILITY MEDICAL CENTER, <br><br> Defendant. | Case No.  2:22-cv-1861 JAM JDP <br><br> **ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER PSEUDONYM** |

Presently before the Court is Plaintiff's Motion for Leave to File Under a Pseudonym. Good cause appearing, the motion is **GRANTED**. Plaintiff may file her complaint under a pseudonym.

**IT IS SO ORDERED.**

Dated:  December 20, 2022    /s/ John A. Mendez
　　　　　　　　　　　　　　　THE HONORABLE JOHN A. MENDEZ
　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE